[Cite as *03/19/2003 Case Announcements*, 2003-Ohio-1189.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*March 19, 2003*

## MERIT DECISIONS WITHOUT OPINIONS

**2003–0034. Lawson v. Ohio Adult Parole Auth.**

In Prohibition. On motion to dismiss of Butler County Adult Probation Department and motion to dismiss of the Ohio Adult Parole Authority. Motions to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

**2003–0125. Houser v. Boyer.**

In Procedendo. On complaint in procedendo of Harry D. Houser. On S.Ct.Prac.R. X(5) determination, cause dismissed.

RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., and O'CONNOR, J., dissent and would grant an alternative writ.

**2003–0130. State ex rel. Todd v. Brown Cty. Court of Common Pleas.**

In Mandamus. On motion to dismiss of Ohio Attorney General Jim Petro and motion to dismiss of R. Alan Corbin, Danny Pride, and Thomas F. Grennan. Motions to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

**2003–0140. State ex rel. Cherokee Run Landfill, Inc. v. Miami Cty. Bd. of Commrs.**

In Mandamus. On motion to dismiss, motion for leave to intervene of Randolph Farms, Inc., and motion to dismiss of Randolph Farms, Inc. Motions to dismiss sustained. Motion for leave granted. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

**2003–0288. State ex rel. Freed v. Rose.**

In Habeas Corpus. On petition for writ of habeas corpus of Curtis Freed. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

**2003–0293. Cross v. Erwin.**

In Habeas Corpus. On petition for writ of habeas corpus of Joseph A. Cross. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**1998–0921. State v. Carter.**

Trumbull C.P. No. 97CR558. On application for reopening under S.Ct.Prac.R. XI(5). Application denied.

**1998–2061. State v. Franklin.**

Montgomery C.P. No. 97CR1139. On application for reopening under S.Ct.Prac.R. XI(5) filed pro se. Application denied.

On motion for appointment of counsel filed pro se. Motion denied as moot.

RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

MOYER, C.J., LUNDBERG STRATTON and O'CONNOR, JJ., would deny.